

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

University of Texas Health Science Center at Tyler, Appellant

No. 06-16-00083-CV    v.

Khurram Nawab, Appellee

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2015-680-CCL2). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a judgment dismissing Nawab's suit.

We further order that the appellee, Khurram Nawab, pay all costs of this appeal.

RENDERED APRIL 21, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk